# UNITED STATES DISTRICT COURT

for the

~~Southern District of Ohio~~ District of

RECEIVED
AUG - 7 2026
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Oscar Leonel Zacarias Perez

*Petitioner*

v.

Warden, Butler County Correctional Complex

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 1:26CV790
*(Supplied by Clerk of Court)*

J. COLE

MAGISTRATE JUDGE MERZ

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Oscar Leonel Zacarias Perez
   (b) Other names you have used: ______
2. Place of confinement:
   (a) Name of institution: Butler County Correctional Complex
   (b) Address: 705 Hanover Street
   Hamilton, OH 45011
   (c) Your identification number: 222-555-132
3. Are you currently being held on orders by:
   ☒ Federal authorities ☐ State authorities ☐ Other - explain:
   U.S. Immigration and Customs Enforcement ("ICE"), Department of Homeland Security.
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: ______
   (b) Docket number of criminal case: ______
   (c) Date of sentencing: ______
   ☒ Being held on an immigration charge
   ☐ Other *(explain)*: ______

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☒ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: ______

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: U.S. Immigration and Customs Enforcement (ICE) Butler County Correctional Complex

(b) Docket number, case number, or opinion number: 222-555-132

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
I am challenging my continued immigration detention because I was stopped, detained, and arrested without being informed of any criminal offense, traffic violation, judicial warrant, or other lawful basis authorizing my detention

(d) Date of the decision or action: 06/29/2026

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not appeal:
I have not previously had a meaningful opportunity to obtain judicial review of the legality of my detention.
This Petition is my first request for habeas corpus relief challenging the legality of my custody.

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

No second administrative appeal has been available because there has been no final administrative decision regarding my detention.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

No third appeal exists for the same reason stated above. Petitioner seeks judicial review directly through this habeas proceeding.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:
(1) Name of court: ______
(2) Case number: ______
(3) Date of filing: ______
(4) Result: ______
(5) Date of result: ______
(6) Issues raised: ______

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❒ Yes ❒ No

If "Yes," provide:
(1) Name of court: ______
(2) Case number: ______
(3) Date of filing: ______
(4) Result: ______
(5) Date of result: ______
(6) Issues raised: ______

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

N/A. This Petition does not challenge a criminal conviction or sentence.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☒ Yes ❒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: 06/29/2026

(b) Date of the removal or reinstatement order: ______

(c) Did you file an appeal with the Board of Immigration Appeals?

❒ Yes ☒ No

If "Yes," provide:

(1) Date of filing: ______

(2) Case number: ______

(3) Result: ______

(4) Date of result: ______

(5) Issues raised: ______

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court: ______

(2) Date of filing: ______

(3) Case number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: ______

(b) Name of the authority, agency, or court: ______

(c) Date of filing: ______

(d) Docket number, case number, or opinion number: ______

(e) Result: ______

(f) Date of result: ______

(g) Issues raised: ______

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Violation of the Fourth Amendment – Unreasonable Stop, Seizure, and Arrest Without Reasonable Suspicion, Probable Cause, or Judicial Warrant.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
On June 29, 2026, while lawfully working as a construction laborer in Ohio, I was stopped by a Butler County Sheriff's deputy even though I had not committed any criminal offense or traffic violation. I was not informed of any lawful reason for the stop. I was not shown a judicial warrant authorizing my arrest. The deputy contacted ICE, and ICE agents took me into custody without presenting a judicial warrant or explaining any lawful basis for my arrest.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes ☒ No

**GROUND TWO:** Violation of the Fifth Amendment – Deprivation of Liberty Without Due Process of Law

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I remain detained even though my immigration case is still pending before the Immigration Court. I have an upcoming Master Calendar Hearing and intend to appear as required. My continued detention deprives me of my liberty while my case has not yet been decided.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☒ No

**GROUND THREE:** Unlawful Immigration Detention Resulting from an Unconstitutional Arrest

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Before my detention, I lived in New Jersey and worked as a construction laborer. My employment required me to travel temporarily to different states to work on construction projects. I am the head of my household and the primary financial provider for my family. I have a minor daughter who depends on me financially and emotionally. My detention has caused severe hardship to my family.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☒ No

**GROUND FOUR:** Continued Detention Unreasonably Interferes with Petitioner's Ability to Prepare His Defense and Causes Exceptional Family Hardship

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

My continued detention prevents me from properly preparing my immigration case, gathering evidence, communicating effectively with counsel, and assisting in my own defense. Continued detention under these circumstances causes unnecessary hardship and deprives me of a meaningful opportunity to prepare for my pending immigration proceedings.

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I have not previously presented these constitutional claims because I have not had a meaningful opportunity to obtain judicial review of the legality of my detention.
This Petition is my first request asking a federal court to review the constitutionality of my detention.

## Request for Relief

15. **State exactly what you want the court to do:** Petitioner respectfully requests that this Court issue a Writ of Corpus, determine that his arrest and continued detention are unconstitutional and unlawful, order Respondents to immediately release him from immigration custody, and direct Respondents to cease any further detention based on the unlawful seizure challenged in this Petition. Petitioner further requests such other and further relief as this Court deems just, equitable, and necessary to restore his liberty.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

______________________________

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 08/05/2026

oscar zacarias

*Signature of Petitioner*

______________________________

*Signature of Attorney or other authorized person, if any*

**DECLARATION OF FACTS OF**

**OSCAR LEONEL ZACARIAS PÉREZ**

**A-Number: 222-555-132**

I, **Oscar Leonel Zacarias Pérez**, being of lawful age, a citizen of Guatemala, and currently detained at the **Butler County Correctional Complex** in Hamilton, Ohio, hereby declare under penalty of perjury pursuant to the laws of the United States that the following statements are true and correct:

1. My name is **Oscar Leonel Zacarias Pérez**, and I am a citizen of Guatemala. For several years, I have lived in the United States, working honestly to provide for my family and to build a better future for my daughter.
2. Before my detention, I resided in the State of **New Jersey**, where I established my home. Because of the nature of my work as a **construction laborer**, I was frequently required to travel temporarily to different states to participate in construction projects. This type of employment requires workers to relocate wherever projects are available.
3. On **June 29, 2026**, while I was temporarily working in the State of **Ohio**, I was stopped by a Sheriff's deputy during a roadside encounter. After stopping me, the deputy requested the assistance of officers from **U.S. Immigration and Customs Enforcement (ICE).**
4. Shortly thereafter, ICE officers arrived at the scene, placed me under arrest, and took me into immigration custody. Since that day, I have remained detained at the **Butler County Correctional Complex** in Hamilton, Ohio.
5. At no time did I attempt to flee, resist, or interfere with law enforcement officers. I fully cooperated with the authorities throughout the encounter and my subsequent arrest.
6. My immigration case is currently **pending** before the Immigration Court. I have a **Master Calendar Hearing scheduled for August 17, 2026, at 1:00 p.m., before Immigration Judge Richard Drucker, to be conducted by WebEx through the Cleveland Immigration Court.**
7. I am the **head of my household** and the **primary financial provider** for my family. For many years, I have worked diligently in the construction industry to support my household and provide for my family's basic needs.
8. I have a **minor daughter** who depends on me for her financial support, care, guidance, and emotional well-being. As her father, I have always been responsible for providing her with food, housing, clothing, education, and the daily care necessary for her healthy development.
9. My detention has caused a severe hardship to my family. Because I am no longer able to work, my household has lost its primary source of income, making it extremely difficult to pay for essential living expenses, including housing, food, utilities, and other necessities.
10. In addition to the financial hardship, my detention has caused significant emotional distress to my daughter. Our forced separation has created uncertainty, anxiety, and emotional suffering because she relies on my presence, guidance, and daily support.

11. Throughout my time in the United States, I have always tried to live honestly, work hard, and comply with the law. I have never intended to evade immigration authorities or avoid appearing before the Immigration Court.
12. My continued detention not only deprives me of my liberty but also causes substantial harm to my minor daughter, who depends on me for both financial and emotional support.
13. Furthermore, my prolonged detention severely limits my ability to prepare my defense and effectively participate in my pending immigration proceedings. Remaining in custody places me at a significant disadvantage while my case is still awaiting adjudication.
14. I respectfully ask this Honorable Court to consider the particular circumstances of my case, including the severe hardship that my detention has imposed upon my daughter and my family, my long history of honest employment, my established residence in the United States, and my willingness to comply with all court orders and appear at every required immigration proceeding.
15. I make this declaration voluntarily and under penalty of perjury pursuant to the laws of the United States. I declare that the foregoing statements are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:Ohio,EEUU

At: **Butler County Correctional Complex**
Hamilton, Ohio

OscaR ZacaRias

**Oscar Leonel Zacarias Pérez**
**A#: 222-555-132**