# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

OSCAR LEONEL ZACARIAS,
*Plaintiff*
v.
WARDEN, BUTLER COUNTY CORRECTIONAL COMPLEX,
*Defendant*

Civil Action No. 1:26-cv-790

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________

☑ other: The Court DISMISSES the case WITHOUT PREJUDICE for lack of jurisdiction.

This action was *(check one)*:

❐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❐ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge Douglas R. Cole .

Date: 9/17/26

*CLERK OF COURT*

Melissa Saddler

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO